INCARSERATED → REAL IDENTITY ←

AKA-TOM SMITH, "ALLEN CARSON WEATHERS"
NAME
CDC #J17036, NOW BOOKING # PRESENTLY BK0509341160
PRISON IDENTIFICATION/BOOKING NO.

9500 N. ETIWANDA AVENUE
ADDRESS OR PLACE OF CONFINEMENT
WEST VALLEY DETENTION CENTER,
RANCHO CUCAMONGA, CA 91739

Note: If represented by an attorney, provide name, address & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

FILED
2009 AUG -4 PM 4:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

Fee Due

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AKA TOM SMITH - ALLEN CARSON WEATHERS,
FULL NAME (Include name under which you were convicted)

Petitioner,

TOM SMITH #0509341160
v.
THE STATE OF CALIFORNIA,
DEPARTMENTS OF C.D.C. & MENTAL HEALTH
NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CASE NUMBER:
CV09 5709 RSWL (SHS)
To be supplied by the Clerk of the United States District Court

CR # BA060345 AND FSB802363
Criminal case under which sentence was imposed.
THESE ARE STATE OF CALIFORNIA, COUNTIES OF LOS ANGELES AND SAN BERNARDINO. PETITIONER IS HELD ILLEGALLY IN CUSTODY.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY
(28 U.S.C § 2241)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner, under penalty* of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of *a material* fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies, must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☑ a conviction.
2. ☑ a sentence.
3. ☑ jail or prison conditions.
4. ☑ prison discipline.
5. ☑ a parole problem.
6. ☑ other.

## PETITION

1. Place of detention  WEST VALLEY DETENTION CENTER
2. Name and location of court which imposed sentence  COURT: 19930125 CASC LOS ANGELES CENTRAL, LOS ANGELES CRIMINAL COURTS BUILDING.
3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:  PC 296, PC 2960 DOJ.CA.GOV, PC 290 PC 261. PC 220 PC 1370
   a. PC 220  SEN: 14 YEARS
   b. MENTAL HLTH CUS/SUPV NAM: 01  20036407  CAHO PATTON PC 2972,
   c. PC 6253  PC 187(A) NOW AWAITING TRIAL AFTER NEVER BEING RELEASED.
   D. PC 245(A)  PC 4502(A) THESE ARE ALL CHARGES WITH NO TRIER OF FACTS,
4. The date upon which sentence was imposed and the terms of the sentence:
   a. IN 1994 IN LOS ANGELES COURT JUDGE EDWARDS HELD A
   b. PRELIMINARY, 2 YEARS IN COUNTY JAIL, HE FOUND THE PETITIONER
   c. GUILTY OF THE CRIME PC 220 - ASSUALT WITH INTENT TO COMMIT RAPE. THE PETITIONER WAS CITED BY THE JUDGE NO MENTAL HOSPITAL BUT CDC. FOR ONLY 14 YEARS TIME SERVED CREDITS, WITH HALF TIME! SIMPLE AS THAT!
5. Check whether a finding of guilty was made:
   a. ☐ After a plea of guilty
   b. ☐ After a plea of not guilty
   c. ☐ After a plea of nolo contendere
   D. ☑ AFTER A PLEA OF NOT GUILTY BY REASON OF INSAINITY.
6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   a. ☐ a jury
   b. ☑ a judge without a jury
7. Did you appeal from the judgment of conviction or the imposition of sentence? ☑ Yes  ☐ No
   SOME PUBLIC DEFENDER I NEVER MET APPEALED THE PETITIONER RECEIVED A WENDY BRIEF.
8. If you did appeal, give the following information for each appeal:
   CAUTION:  *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. §2255 in the federal court which entered the judgment.*
   THE PETITIONER FILED YEARS LATER AFTER CONVICTION §2253-2254! BOTH.
   a. (1) Name of court  UNITED STATES DISTRICT COURT, LA. CA 90012
      (2) Result  DISMISSED
      (3) Date of result  RECORDS WERE LOST
      (4) Citation or number of opinion  FORMER ATTORNEY GENERAL BILL LOCKER HAD THE PETITIONER DISMISSED SAYING THAT - ALL ADMINISTRATIVE REMEDIES WERENT FILE TO SUPREME COURT.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)

(5) Grounds raised (*list each*): JESUS CHRIST, I DO THIS BY SOLELY MY MEMORY.
  (a) MENTAL ANGUISH,
  (b) CRUEL UNSUAL PUNNISHMENTS,
  (c) DOUBLE JEOPARDY OF THE FIFTH AMENDMENT CONSTITUTION
  (d) FALSE IMPRISONMENT.

b. (1) Name of court UNITED STATES DISTRICT COURT OFFICE OF THE CLERK ROOM G8
  (2) Result ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
  (3) Date of result 2004 LATE, OR EARLY IN THE YEAR 2005.
  (4) Citation or number of opinion MOTION DISMISSED
  (5) Grounds raised (*list each*): THE DEFENDANT STATED THOSE
    (a) THE COURTS GROUNDS WERE BY MAGISTRATE SUSAN H. SEGAL
    (b) HER REPORT AND RECOMENDATION TO START WITH WAS THAT
    (c) THE ATTORNEY GENERAL AND RESPONDANTS COULD NEVER TOUCH
    (d) THE MERRITS OF THE PETITIONERS CASE THEN A MURDER AT PATTON, A RESPONDANT HAVING ILLEGAL CUSTODY HAPPENED. THE PETITIONERS CASE WAS DISMISSED FAILURE TO EXHAUST REMEDIES.

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

   CAUTION: *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time and place.*

   a. Ground one: THE STATE OF CALIFORNIA ALLOWED THE PETITIONER TO GO FALSELY IMPRISONED FOR YEARS BEYOND HIS RELEASE.
   Supporting FACTS (tell your story BRIEFLY without citing cases or law): THE DEFENDANT WAS CITED UPON CONVICTION HE COULD NOT SERVE HIS TIME IN A MENTAL FACILITY, "BUT YOU WILL SERVE YOUR TIME IN A PRISON OF THE DEPARTMENT OF CORRECTION, I HAVE NO CHOICE BUT TO SENTANCE YOU BECAUSE YOU KNEW WHAT YOU WERE DOING, I THROW OUT YOUR PLEA OF NOT GUILTY BY INSAINTY.
   b. Ground two: CRUEL UNUSAL PUNNISHMENTS.

   Supporting FACTS (tell your story BRIEFLY without citing cases or law): SINCE 1992 THE DEFENDANT HAS BEEN DENIED MEDICAL TREATMENT, SUNLIGHT FRESH AIR, AND HAS BEND PUNNISHED BEYOND RECOGNICIAN BY BEING BEATEN, TIED DOWN, AND EVEN STARVE AND HAS LOST 18 YEARS FOR NOTHING!

c. Ground three: DOUBLE JEOPARDY

Supporting FACTS (tell your story BRIEFLY without citing cases or law): THE DEFENDANT HAS BEEN SENTANCED FOR DIFFERRANT CRIMES ON A CRIME OF ORIGINATION BY MEANS OF PENAL CODES 2962-2972 BY THE DEPARMENT OF CORRECTION WITH THE HEELP OF FALSE DOCUMENTATION OF 2962 NO RELEASE REPORTS OF MENTAL HEALTH.

d. Ground four: FALSE IMPRISONMENT

Supporting FACTS (tell your story BRIEFLY without citing cases or law): THE SUPREME COURT OF THE STATE OF CALIFORNIA, AND ITS SUPERIOR COURTS, HAVE REFUSED TO INVESTIGATE THE FACT THAT THE BOARD OF PRISON TERMS RESENTANCED AND EXTENDED THE PETITIONERS ORIGINAL SENTANCE UNDER THE WRONG CRITERIA FOR THE RECORD BY ALLOWING THE FALSIFIED RECORDS TO STAND ON, CUSTODY: CDC NAM: 01 19940419 CASD CORRECTIONS CNT: 01 #J17036 220 PC-ASSUALT TO COMMIT MAYHEM/ RAPE ETC.

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction? ☑ Yes ☐ No

11. If your answer to Question No. 10 was yes, give the following information:
   a. (1) Name of Court SUPIOR COURTS, SUPREME COURT, COURT OF APPEALS
      (2) Nature of proceeding N/A
      (3) Grounds raised N/A

      (4) Result DISMISSED
      (5) Date of result N/A
      (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
          N/A

b. (1) Name of Court  ALL INFORMATION IS STATED IN THE ABOVE.
   (2) Nature of proceeding  N/A
   (3) Grounds raised  N/A

   (4) Result  N/A
   (5) Date of result  N/A
   (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
       N/A

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
    BECAUSE BILL LOCKYER FORMER ATTORNEY GENERAL CAMOEFLOGGED THE REALITY OF ALL THE EVENTS THATS TAKEN PLACE. HE SUED PATTON STATE HOSPITAL HIS OWN CLIENT IN MY LAWSUIT 2254 AND 2255, AND ALLEGES PATTON AS UNSAFE, GOT A SETTLEMENT FROM PATTON STATE HOSPITAL WHO IS NOW FRAMING ME FOR MURDER. IN SUPERIOR COURT OF THE COUNTY OF SAN BERNARDINO.

13. Are you presently represented by counsel? ☑Yes ☐No
    If so, provide name, address and telephone number → CONFLICT PANELL COURT APPOINTED
    ANDREW J. HAYAL, 25757 REDLANDS BOULEVARD, REDLANDS, CA 92373
    PHONE 909-796-5503 · FAX 909-796-4196
    Case name and court  SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
    FAMILY LAW, 351 NORTH ARROWHEAD AVENUE, 1ST FLOOR ANNEX
    SAN BERNARDINO CA 92415-0245
    UNDER SUPERIOR COURT JUDGE DONNA GUNNELL GARZA DEPT.25

14. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information? ☑Yes ☐No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

                              Y HE'LL ONLY REFUSE TO SIGN ANYTHING CIVIL.
                              Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on JULY 22ND, 2009           AKA Jon Smith - Mr Allen Corson Weathers.
            Date  APPROX.-                 Signature of Petitioner  NICKNAME
            - 9:30 P.M.                              Pirate ☺ THANKS.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)
CV-27 (07/97)                                                              Page 5 of 7

```
Message From Terminal/Unit: CLETS       Operator: CLETS(CLETS)
Date/Time Sent:  02-MAY-2009 23:47:51
4DETUWV3400,IH
RE: QHY.CAO.50034.10122155.MACIAS        DATE:20090502 TIME:23:47:51
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:MACIAS 300900406
***************************************************************
DO NOT COLLECT DNA. DNA SAMPLE HAS BEEN RECEIVED,
TYPED, AND UPLOADED INTO THE CAL-DNA DATA BANK.
FOR INFO (510) 620-3300 OR PC296.PC296@DOJ.CA.GOV.
***************************************************************
** PALM PRINTS AVAILABLE AT DOJ FOR PALM PRINTS CONTACT
PALM.PRINT@DOJ.CA.GOV
** III MULTIPLE SOURCE
CII/A10122155
DOB/19620623     SEX/M   RAC/WHITE
HGT/505  WGT/240  EYE/BRO  HAI/BRO  POB/NC
NAM/01 SMITH,TOM
    02 WEATHERS,ALAN CARSON
    03 WEATHERS,ALAN
FBI/714166V8
SOC/240033324   240044325
INN/CDC-J017036
SMT/SC L ARM; SC R BUTTK
OCC/NONE
* * * *
REGISTRATION:       NAM:01
20000122   CAHO ATASCADERO STATE
CNT:01    #AT049720-6
  290(E)(1) PC-PREREGISTRATION OF SEX OFFENDER
********************************************************************
**                                                                **
**   FOR CURRENT REGISTRANT ADDRESS INFORMATION INQUIRE INTO      **
**   THE VCIN SYSTEM                                              **
**                                                                **
********************************************************************
* * * *
ARR/DET/CITE:        NAM:01  DOB:19620623
19920622   CAPD LOS ANGELES
CNT:01    #2430563S-3122046
  -ATTEMPTED
  261 PC-RAPE
- - - -
COURT:              NAM:01
19930125   CASC LOS ANGELES CENTRAL
CNT:01    #BA060345
  220 PC-ASSAULT TO COMMIT RAPE
 DISPO:PROC SUSP/COMM MENTALLY INCOMP 1370 PC
* * * *
MENTAL HLTH CUS/SUPV  NAM:01
19930319   CAHO PATTON
CNT:01    #143066
  1370 PC-MENTALLY INCOMPETENT
19931008
 DISPO:DISCHARGED
* * * * * * * * * *
**    POTENTIAL FELONY STRIKE ENTRY    **
* * * * * * * * * *
* * * *
CUSTODY:CDC         NAM:01
19940419   CASD CORRECTIONS
CNT:01    #J17036
  220 PC-ASSAULT TO COMMIT MAYHEM/RAPE ETC
   -USED WEAPON     -W/PR FEL CONV    -W/PRIOR PRISON
   SEN FROM: LOS ANGELES CO  CRT #BA060345
   SEN: 14 YEARS PRISON
* * * * * * * * * *
**    POTENTIAL FELONY STRIKE ENTRY    **
* * * * * * * * * *
* * * *
MENTAL HLTH CUS/SUPV  NAM:01
20030407   CAHO PATTON
CNT:01    #1539246
  SEE COMMENT FOR CHARGE
   COM: 2972
* * * * * * * * * *
**    POTENTIAL FELONY STRIKE ENTRY    **
                        Page 1
```

[Handwritten annotation in top margin: "FOR CLERK TO SHOW CAUSES OF THIS PETITION (28 U.S.C. § 2241) ARE CORRECT IN ITS MERRITS, ON THE INFORMATION ON THE FACTS OF RULE OF THUMB."]

```
* * * * *
ARR/DET/CITE:         NAM:01   DOB:19620623
20040304   CASO LA INMATE RECEP CTR
CNT:01     #8036684-01182937
   -BENCH WARRANT
   6253 PC-WORK FURLOUGH HOLD/TRANSFER:CDC
   ARR BY:CASC LOS ANGELES OR DIV
   WARRANT   #ZM00581001
   COM: ADR-030404 (3102, HIGHLAND AVE,, E, PATTON, CA,
        92369, )
   COM: SCN-56540640016
* * * *
ARR/DET/CITE:         NAM:01   DOB:19620623
20050907   CASO SAN BERNARDINO
CNT:01     #0509341160
   187(A) PC-MURDER
   COM: SCN-99852500235
* * * *
ARR/DET/CITE:         NAM:01   DOB:19620623
20050907   CAPD SAN BERNARDINO
CNT:01     #0540439-214
   187(A) PC-MURDER
   COM: ADR-20050907 (3102, HIGHLAND,, E, PATTON, CA,, )
   COM: PHOTO AVAILABLE
   COM: SCN-99852500158
***********************************************************
**                                                       **
**   THE ENTRIES PROVIDED BELOW ARE BASED UPON AN ARREST OR COURT  **
**   DISPOSITION REPORT.  THE SUBJECT OF THE ENTRY HAS BEEN IDENTIFIED *
**   WITH THIS RECORD BASED UPON SOFT CRITERIA CONSISTING OF A NAME **
**   OR NUMBER MATCH.  POSITIVE IDENTIFICATION HAS NOT BEEN MADE **
**   BECAUSE FINGERPRINTS WERE NOT RECEIVED FOR THE ENTRIES.  USE OF **
**   THIS INFORMATION IS THE RECEIVERS RESPONSIBILITY.    **
**                                                       **
***********************************************************
* * * *
ARR/DET/CITE:         NAM:01
20020429   CAHO ATASCADERO STATE
CNT:01     #0497206
   NO ARREST RECEIVED
CNT:02
   SEE COMMENT FOR CHARGE
20020516
   DISPO:PROS REL-DET ONLY/REASON UNKNOWN
   COM: CHRG-245(A)(1) PC
   COM: DCN-T3059711910240000082
***********************************************************
***********************************************************
NOTE:  3 POTENTIAL ENTRIES WITH FELONY CONVICTION DATA WERE
FOUND FOR THIS SUBJECT. SEE ENTRIES IN THE RECORD ANNOTATED
WITH "POTENTIAL FELONY STRIKE ENTRY" FOR DETAILS. THIS RECORD
MAY ALSO CONTAIN ADDITIONAL DATA RELATED TO "STRIKE" CONDITIONS.
***********************************************************
***********************************************************
       *   *   *    END OF MESSAGE    *   *   *
```

*[Handwritten annotation in right margin: "Wants to go to CDC"]*

INCARSERATED Identidy   REAL Identidy
AKA – TOM SMITH, "ALLEN CARSON WEATHERS",
_Petitioner_
THE STATE OF CALIFORNIA,
DEPARTMENTS OF C.D.C. & MENTAL HEALTH
_Respondent(s)_

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, __AKA TOM SMITH, "ALLEN CARSON WEATHERS,"__ declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☑ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __NEVER WORKED__

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?  ☐ Yes  ☑ No
   b. Rent payments, interest or dividends?              ☐ Yes  ☑ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes  ☑ No
   d. Gifts or inheritances?                             ☐ Yes  ☑ No
   e. Any other sources?                                 ☐ Yes  ☑ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? _(Include any funds in prison accounts)_  ☐ Yes  ☑ No

   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? _(Excluding ordinary household furnishings and clothing)_  ☐ Yes  ☑ No

   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: MISS CONNIE LOMBARDI W6855 HER CDC# 506-25-4 LOW C.C.W.F. P.O. BOX 1508 CHOWCHILLA, CA 93610-1508 SHES A FRIEND, I LOVE HER, SHE IS BEING STARVED AND TORTURED IN THE DEPARTMENT OF CORRECTION, HER MAIL IS BEING TAMPERED WITH SO IS MINE, AND I'M BEING DONE THE SAME WAY AT WEST VALLEY DETENTION CENTER.

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 7/22/2009    AKA, TOM SMITH # 0509341160

*Date*    *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____
_____
_____
_____

_____    _____
*Date*    *Authorized Officer of Institution*

    _____
    *Title of Officer*

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)
CV-27 (07/97)    Page 7 of 7

DEAR LAW LIBRERY DEPUTY,

NOTICE; I NEED THIS ENCLOSED CIRTIFICACTE TO HEREBY CERTIFIE I AM INDIGENT AND THAT I HAVE'NT HAD MONEY IN THE LAST SIX OR 12 MONTHS. I REQUEST YOU TO LEGALLY ATTACH MY FISCAL OR LAST FISCAL REPORT AND CERTIFIE THIS DOCUMENT AND PLACE POSTAGE ON IT.

IT HAS EVERYTHING TO DO WITH MY LEGAL CASES. CASE # FSB 802363 AND EVEN CASE # FWV 901604

PETITIONER AND INMATE; TOM SMITH BK#0509341160
         OF; UNIT 11-F-2 W.V.D.C.

P.S. I SINCERELY THANK YOU FOR YOUR TIME. AFTER YOU, HAVE/OR, FILL OUT THIS CIRTIFICATE, PLEASE TAKE THE FIRST AAGE AND ATTACH IT TO THE SECOND PAGE TITLED "DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS.

THEN LAST ATTACH THIS MOTION DIRECTLY BEHIND THE; UNITED STATE DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA,
PETITION FOR WRIT OF HABEAS CORPUS BY A
    PERSON IN FEDERA CUSTODY, (28 U.S.C § 2241
AND MAIL IT TO THE ADDRESS ON THE ENVELOPE. THANKS. I NEED ET MAILED QUICKLY AS POSSIBLE, BUT, TAKE YOUR TIME, THATS ALL I HAVE.



**TERRY NAFISI**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Tuesday, August 04, 2009

**TOM SMITH AKA ALLEN CARSON WEATHERS**
**BK#0509341160 / CDC#J17036**
**9500 N. ETIWANDA AVENUE**
**RANCHO CUCAMONGA, CA. 91739**

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV09- 5709 RSWL (SS)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

A [ ] Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and assigned civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
[ ] District Court Judge _____
[X] Magistrate Judge     **Suzanne H. Segal**
at the following address:

[X] U.S. District Court
    312 N. Spring Street
    Civil Section, Room G-8
    Los Angeles, CA  90012

[ ] Ronald Reagan Federal
    Building and U.S. Courthouse
    411 West Fourth St., Suite 1053
    Santa Ana, CA  92701-4516

[ ] U.S. District Court
    3470 Twelfth Street
    Room 134
    Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: ___CSAWYER_____
    Deputy Clerk

CV-17 (06/09)          **LETTER re FILING H/C PETITION or 28/2255 MOTION**



**TERRY NAFISI**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-3535

Tuesday, August 04, 2009

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

```
TOM SMITH AKA ALLEN CARSON WEATHERS
BK#0509341160 / CDC#J17036
9500 N. ETIWANDA AVENUE
RANCHO CUCAMONGA, CA. 91739
```

Dear Sir/Madam:

Your petition has been filed and assigned civil case number        CV09- 5709 RSWL (SS)

Upon the submission of your petition, it was noted that the following discrepencies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at all payment windows where receipts are issued.

[X] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

  [X] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

  [X] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

  [X] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

  [ ] (d) You did not use the correct form.  You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

  [ ] (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court

CSAWYER

By: _____

Deputy Clerk

CV-111 (07/06)          **NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION**



FROM:
MR. TOM SMITH
BOOKING NO: 0509341160
WEST VALLEY DETENTION CENTER
9500 N. ETIWANDA AVENUE
RANCHO CUCAMONGA, CALIFORNIA 91739

2241

NOTE TO SECURITY ONLY:
FORWARD TO LAW LIBRARY
FOR POSTAGE, I'M INDIGENT.

TO: UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
ATTN: CLERKS, A NEW (28 U.S.C. § 2241)

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012

LEGAL MAIL

RECEIVED
CLERK, US DISTRICT COURT
AUG - 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              MR