ATTENTION U.S. COURT CLERK

PLAINTIFF CAN'T AFFORD COPIES AND HAS MAILED TO YOUR COURT 1915 FOR FORMA PAUPERIS FOR 5.00 FEE AND COURT COST.

TOM SMITH
I.D. # 0509341160
WEST VALLEY DETENTION CENTER
9500 NORTH ETIWANDA AVENUE
RANCHO CUCAMONGA CA 91739
IN PRO SE

FILED
CLERK, U.S. DISTRICT COURT
AUG 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CASE No. CV 09-05709 RSWL (SS)
DATE: AUGUST 12, 2009

PAGES: 1. OF

TOM SMITH PLAINTIFF,
VS.
THE STATE OF CALIFORNIA -et al RESPONDENT,

CASE No.: CV 09-05709
MOTION TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITH REQUESTAL OF ORDER FOR FAST SPEEDY TRIAL

NOTICE TO THIS HONORABLE CENTRAL DISTRICT COURT, AND ESPECIALLY PERSONAL GREETINGS TO THE HONORABLE MAGISTRATE UNITED STATES FEDERAL JUDGE WITH HONORABLE FEDERAL JUDGES IN THIS COURT.

THE PLAINTIFF MOTIONS TO SHOW CAUSE AS TO WHY THIS CASE DOSEN'T DESERVE TOLLING, OR AND A DISMISSAL.

THE RESPONDENTS HAVE CONTROLE OVER WHAT THE PLAINTIFF CAN DO, AND NOT DO. TO THE EXTENT THAT THE DEFENDANT IS BEING, AND HAS IN THE PAST BEEN BEING, RESTRAINED.

POINTS AND AUTHORITIES WITH SUPPORTING FACTS AS TO WHY THIS ACTION SHOUD NOT BE DISMISSED

ALL THE INFORMATION IN THE MAGISTRATES ORDER IS SHOCKINGLY CORRECT, EXCEPT FOR THE REPORT IN HER ORDER THAT SAIDS THE PLAINTIFF DID NOT SEEK REVEIW OR/AND FILE CERTIORARI OR Certiorari,

IN THIS NOTICE IF THE HONORABLE MAGISTRATE WOULD INQUIRE FURTHER INTO THIS MATTER AND ISSUE, AT HAND,

SHE WOULD RECOGNIZE THE WRIT WAS FILED TO THIS COURT, THE 9TH CIR. COURT, THE 9TH CIR. COURT, UNITED STATES SUPREME COURT IN WASHINGTON WITHIN THE TIME FRAME LIMITATIONS.

ITS NOT THE FAULT OF THESE COURTS OR THIS COURT THAT CAUSES THE DEFENDANT IN STATE OF CALIFORNIA CASE NO.: 802368 IN THE CITY AND COUNTY OF SAN BERNARDINO CALIFORNIA TO FILE REFILE AND FILE AGIN, IN THIS ACTION.

IT HAS TO DO WITH JUSTICE IN A UNITED STATE OF THE UNITED STATES MISLEADING THE PUBLIC, ALSO ILLEGALLY CONVICTING AND ILLEGALLY SENTAUCE, THEN DOUBLE JEOPARDIZED IN THE ORIGINAL FILINGS OF THIS ACTION BY THE RESPONDANTS.

ITS ABOUT BEING A CITIZIN OF THE UNITED STATES AND HAVING EQUAL PROTECTIONS UNDER AMERICAN LIBERTY LAWS OF JUSTICE.

IF THIS COURTS HONORABLE JUDGES SENTANCED A MAN OR WOMAN TO THE FEDERAL PEN, I'M SURE THAT THEY WOULD NOT WANT THERE JUSTIFIED SENTANCE TO BE CHANGED BY THE FEDERAL ENTITY IN WHICH THE HONORABLE JUDGES PRONOUNCED AT THE SENTANCING AND CONVICTIONS JUDGEMENTS OF THAT SENTANCE NOT TO BE CARRIED OUT OR EXECUTED ON THE RESPONDANT OR/AND DEFENDANT.

THE PLAINTIFF IN THIS MATTER DOES NOT CONTEND OR FIGHT THE FACT HE IS MENTALLY ILL, HOWEVER, AS A MENTAL PATEINT THE HONORABLE JUDGES RECENTLY GAVE THE ORDERS THAT EVEN A MENTALLY ILL INMATE OR DEFENDANT IS OFFORDED THE RIGHTS TO ACT IN HIS OWN DEFENCE.

ITS A SIMPLE ACTION TO HEAR. ITS TRUE AND CORRECT UNDER THE PENALTY OF PURJURY, THE PLAINTIFF FILED THESE ACTIONS TO BEGIN WITH.

THE PRIOR ATTORNEY GENERL WHO IS NOW THE RESPONDENTS STATE TREASURER, HAS COMMITTED A FEDERAL OFFENCE IN THIS CASE OR/AND ACTION ORIGINALLY FILED. MR. BILL LOCKYER, I'M SORRY TO SAY, WHOM GOT THIS CASE DISMISSED WITH HIS JUSTICE DEPARTMENT SUED PATTON STATE HOSPITAL.

PATTON STATE HOSPITAL IS WHERE THIS ABOVED CASE NO. FSB 802263 A VIOLATION OF CALIFORNIA'S PENAL CODE OF THE RESPONDENT ORIGINATED AT ALONG WITH THIS ACTION BEFORE IT RESULTED FOUR YEARS AGO IN THE PLAINTIFFS INVOLVE-MENT IN CALIFORNIA PENAL CODE 187(A), "SEE DISCOVERY" OF "CASE NO. FSB 802263", THE WITNESSES ARE NURSES AND PSYCH-TECHNICIANS, EMPLOYED AT PATTON STATE HOSPITAL. THE DEFENDANT THE PLAINTIFF IN THIS ACTION AND HIS CO-DEFENDANTS STATEMENTS.

IN THIS STATE ENTITY THE RESPONDANTS ALL PLAYING THE ROLE TO COGAY, AND, BY CRUELLY, PLACING DEFENDANTS, IN THIS MURDER CASE, TO SIT UNDER COLD AIR CONDICTIONING VENTS. SO COLD BOTH DEFENDANTS COMPLAINED, IN DISCOVERY.

THE POLICE INVESTIGATORS KEPT TURNING THE RECORDING DEVICES ON AND OFF. DURING INTERVALS THE PLAINTIFF WAS FORCED TO SAY THINGS ON TAPE. SO WAS HIS CO-DEFENDANT.

THESE ISSUES HAVE NOW BEEN ALSO DENIED BY THE STATE SUPREME COURT BECAUSE THE PLAINTIFF HAS LITIGATED HIS CLAIMS NOW.

RIGHT NOW THE SAN BERNARDINO, STATE SUPERIOR COURT Judges ARE COMMITTING DOUBLE JEOPARDIES, THE DEFENDANT IN CASE FSB 802363 IN THIS COURTS DEPTS: FIRST HELD, PLAINTIFF, TWO YEARS AS INCOMPETANT TO STAND TRIAL. HAD A HUNG JURY, ON AN INCOMPETANT TRAIL, FINALLY, IN DEPARTMENT #15, OF THIS COURT, THE DEFENDANT, HAD HIS CASE DISMISSED, AFTER HE HAD TO PROVE HE WAS COMPETANT ON A P.C. 995 MOTION. FOR NOT BEING GIVEN AN PRELIMINARY HEARING ALL THOSE YEARS AND HAD HIS INCOMPETANCY FORCED ON HIM. TOM SMITH, THE PLAINTIFF KEEPS FIGHTING THIS 187(A) THE D.A. Micheal A. RAMOS ADDED CHARGES TO THE ORIGINAL 187(A). THE PLAINTIFF WAS IN PRO PROPRIA PERSONA, HIS CO-DEFENDANT WAS TORTURED AT WEST VALLEY DETENTION CENTER WITH THE PLAINTIFF, THE CO-DEFENDANT COPPED OUT TO A 15 YEARS-TO-LIFE DEAL! TO GET OUT OF WEST VALLEY THE RANCH CUCAMONGA JAILHOUSE, TWO YEARS AGO. THEN THE D.A. ADDED MORE CHARGES, PLAINTIFF, ALL THIS TIME, HAS HAD HIS MAIL TAMPERD WITH! PLEASE, MAGISTRATE, SEND SOMEBody..., OR COME, DON'T ASK, ABOUT ME. WHEN YOU GET TO THE JAIL, YOU DEMAND TO SEE EVERY MAIL BOX ON ALL THE UNITS, THERE ARE NONE

YOU WILL SEE, THE MAIL IS PUT OUT ON WINDOW LEDGES, ANYBODY CAN GRABB THEM, PLUS THIS IS A FEDERAL VIOLATION OF THE PLAINTIFF AND THESE INMATES WHO ARE ALL HOUSED IN THIS FACILITY.

YOUR HONORS, THIS IS MESSED UP, BUT ITS THE TRUETH, ITS ALL I CAN SAY WITHOUT BAGGERRING YOUR MINDS.

THE SUMMARY OF THE STORY, BILL LOCKYGR, USED THIS CASE TO SUE PATTON STATE HOSPITAL, HIS CLIENT, IN THIS ORIGINAL ACTION BOTTOM LINE. WHILE THIS CASE WAS BEING DISMISSED THE WHOLE TIME.

THE INVESTIGATORS THE SAN BERNARDINO COURTS HIRE, THE PLAINTIFFS ATTORNEYS, WON'T EVEN EXCEPT COLLECT PHONE CALLS. THE HONORABLE JUDGE DONNA GUNNELL GARZA IN SAN BERNARDINO ALLOWS THE DISTRICT ATTORNIES TO DO WHAT THEY WANT. SHE HAS DENIED ME THE PLAINTIFF ORDERS FOR PRE-PAID PHONE CARDS, DENIED CHANGE OF VENUE, DENIE MOTIONS FOR TRANSCRIPTS, THIS JAIL STARVES ME. THIS JAIL FACILITY DENIES MEDICAL TREATMENTS EVEN AFTER COURT ORDERS.

EVERY STATE HABEAS CORPUS TO SHOW PROOF THAT THE DEFENDANT WAS ILLEGALLY FALSELY IMPRISONED IS BEING DENIED!

THE DEFENDANT CAN'T AFFORD LEGALL SUPPLY'S TO STAY AFFLOAT IN THIS ACTION AND ASK FOR A REQUESTAL ORDER FOR FAST AND SPEEDY TRIAL.

THE DEFENDANT ALSO SEEKS THAT THIS ONE MOTION HAVE ALL THE NESSACARY COPIES GRANTED BY THIS HONORABLE FEDERAL UNITED STATES CENTRAL DISTRICT COURT, THE PLAINTIFF IS INDIGENTLY BROKEN.

AS THE DEFENDANT AND PLAINTIFF IS RAILROADED BY THE RESPONDANTS.

I TOM SMITH, DECLARE ON THIS 12TH DAY OF, AUGUST, 2009 YEAR. IN REFERANCE TO THE ORDER OF THE HONORABLE MAGISTRATE JUDGE OF THIS COURT (SHS) DATED IN CHAMBERS DATE: AUGUST 10, 2009, DECLARE ALL IN THIS MOTION WITH THE ENTIRITTY OF ITS IMFORMATIONS AND CONTENTS, ARE TRUE, UNDER THE PENALTY OF PURJURY. DATED: 8/12/2009

PLAINTIFFS AUTHENTIC SIGNATURE,

x Mr Tom Smith
THE PLAINTIFF

P.S. IF THIS MOTION DON'T REACH YOU IN TIME PLAINTIFF IS ON DISCIPLIN AND CAN'T GO TO LIBRARY LAW LIBRARY.

EXHIBIT TO CLERKS AND MAGISTRATE ON THE P,A ALSO TWO EXHIBITS AND (S+S) COMPLIANCE MOTION TO (SHS) COURT ORDER, TO SHOW CAUSES, FOR NOT DISMISSING. 2:09-CV-5709 DOC:3

## Inmate Status

San Bernardino County Sheriff
Jail Information Management System

**0509341160**
**SMITH, TOM**
**WMA**
**IN CUSTODY**

5/2/2009 11:35 PM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: | **46** | DOB: | **06/23/62** | Facility: | **34** | Arrest Date: | **09/07/05** |
| Height: | **5'05"** | Eyes: | **BRO** | Block: | **11D** | Arrest Time: | **13:15** |
| Weight: | **260** | Hair: | **BRO** | Cell: | **03** | Arrest Agency: | **SAN BERNARDINO** |
| D/L: | | SSN: | **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** | Bunk: | | Classification: | **PROTECTIVE CUST SEG** |

Scars / Marks / Tattoos: **SCAR LT AR M**

### Charges

| Sup | Booked | Type | Charge | Warr / File No | Court | Date | Dept | Time | Status |
|---|---|---|---|---|---|---|---|---|---|
| - | 09/07/05 | O/S | PC187(A) | FSB051949 | SBSUP | | | | COURT-ORDR |
| A | 06/10/08 | WAR | *PC187(A) | FSB802363 | SBSUP | 05/08/09 | 25 | 08:30 | 1000000.00 |

### Holds

| Warrant / Case | Charge | County | Agency | Call | Bail | Dispo |
|---|---|---|---|---|---|---|
| PATTON | DETAINER | CA | STATE PRIS | | NO BAIL | |

| | | | |
|---|---|---|---|
| Microfilm: | | Money Balance: | **-661.50** |
| Cal ID: | **361164606** | Comments: | **SD** |
| Medical #: | **M001479489** | Release Date: | |
| FBI #: | **714166V8** | CII: | **A10122155** |

### Available Medical Transfer

### Medical Work Status

### Four Prior Bookings

| Date | Book No |
|---|---|

# DA's wife says Ramos has never harassed anyone

## Defense posted on campaign Web site

By **Joe Nelson** Staff Writer

District Attorney Michael A. Ramos' wife has come to her husband's defense, blasting allegations against him in a letter posted on his campaign Web site.

In the letter, Gretchen Ramos targets Supervisor Neil Derry and Derry's former chief of staff, Jim Erwin, who has been arrested and charged in an ongoing investigation into corruption in county government.

"In an effort to have jurisdiction over his case transferred to the Attorney General, Erwin has been attempting to brand my husband as a womanizer who has sexually harassed a female employee," Ramos wrote on Saturday. "Supervisor Derry and his new chief of staff, former newspaper reporter George Watson, and county human relations director Andrew Lamberto drove to an employee's home and encouraged her to file a sexual harassment claim against my husband."

Gretchen Ramos' response follows the filing last week of a sexual harassment complaint against Michael Ramos by an employee of the District Attorney's Office who claims she had a 17-month affair with Ramos from 2003 to 2005.

The woman, who is off work on stress leave, claims that since her name appeared in a newspaper report detailing lurid allegations against Ramos, she has become subject to write-ups and

RAMOS A4

MICHAEL A. RAMOS
District attorney

# Affair with Ramos allege

## DA worker says she filed sexual-harassment complaint against boss

By **Joe Nelson** Staff Writer

A district attorney's employee who claims she had a 17-month affair with District Attorney Michael A. Ramos said Thursday that she has lodged a sexual-harassment complaint against him with the San Bernardino County Human Resources Department.

The complaint comes in the wake of a call by county Supervisor Neil Derry for an independent investigation into allegations of sexual misconduct by Ramos.

The allegations, raised over the past two months, have appeared in a weekly tabloid newspaper, complaints filed by targets of an ongoing corruption investigation and blog postings.

Ramos has denied any wrongdoing and says the allegations of impropriety are a politically motivated attempt to undermine his office's investigation into corruption in county government.

The woman, who has worked for the District Attorney's Office for seven years, asked that her name be withheld because she said she is a victim of sexual harassment.

In an interview, she said she believes her troubles began with a May story published in a small weekly newspaper, The Sentinel, in which Ramos was accused of inappropriate sexual relations with colleagues and subordinates. She was one of about a dozen women named in the article.

A few weeks later, she learned her performance was under administrative review. Before that, she said, she had an unblemished employment record.

In a brief interview this week, Ramos denied having any intimate relationship with the woman.

"This is absolutely the most ridiculous allegation ever, period," Ramos said.

He acknowledged making a round of

**RAMOS** A4

A female District Attorne Office employee claims she had a 17-month affair with District Attorney **Michael A. Ramos** and ha filed a sexual-harassment complaint against him.

10