UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 09-05709 RSWL (SS)         Date: October 26, 2009
                                          Page 1 of 1

Title:   Tom Smith v. The State of California, et al.

DOCKET ENTRY: ORDER VACATING REPORT AND RECOMMENDATION

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Denise Lazo | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**

The Court's Report and Recommendation, issued September 1, 2009, is hereby **VACATED**. The Court will separately issue an order requiring a response to the Petition from Respondent. If Respondent wishes to raise a statute of limitations defense, Respondent should address Petitioner's mental health as a potential basis for equitable tolling.

The Clerk of the Court is directed to serve a copy of this Order upon Petitioner at his current address of record and on counsel for Respondent.

MINUTES FORM 11
CIVIL-GEN                                              Initials of Deputy Clerk ___