EDMUND G. BROWN JR.
Attorney General of California
JULIE A. MALONE
Supervising Deputy Attorney General
CHARLES CHUNG
Deputy Attorney General
State Bar No. 248806
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-4908
 Fax: (213) 897-2808
 E-mail: Charles.Chung@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SMITH, a.k.a. ALLEN CARSON WEATHERS,<br><br>Petitioner,<br><br>v.<br><br>THE STATE OF CALIFORNIA, DEPARTMENTS OF C.D.C. & MENTAL HEALTH,<br><br>Respondents. | CV 09-5709 RSWL (SS)<br><br>**NOTICE OF LODGMENT**<br><br>Judge:   The Honorable Suzanne H. Segal |

Respondent hereby lodges the following documents in support of the Notice of Motion and Motion to Dismiss the Petition for Writ of Habeas Corpus:

Lodgment 1 – Case Report, San Bernardino County Superior Court,
   Case number FSB802363.................................0003-0036

Lodgment 2 – Case Report, San Bernardino County Superior Court,
   Case number FSB051949.................................0037-0082

Lodgment 3 – California Court of Appeal Docket Report,
   Case number E047605.......................................0083

Dated: February 25, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JULIE A. MALONE
Supervising Deputy Attorney General

/s/ Charles Chung

CHARLES CHUNG
Deputy Attorney General
*Attorneys for Respondent*

SD2009508518
50590585.doc

# CERTIFICATE OF SERVICE

Case Name:  **Smith v. CDCR**              No.  **CV 09-5709 RSWL (SS)**

I hereby certify that on **February 25, 2010**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF LODGMENT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On **February 25, 2010**, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Tom Smith
J-17036 / 0509341160
West Valley Detention Center
9500 Etiwanda Avenue
Rancho Cucamonga, CA  91739
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 25, 2010**, at Los Angeles, California.

J. Garcia
Declarant

Signature

48101-270-SD2009508518
50591206.doc