UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SMITH, a.k.a., ALLEN CARSON WEATHERS,<br><br>        Petitioner,<br><br>    v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>        Respondents. | NO. CV 09-05709 RSWL (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br><br>**CONCLUSIONS, AND RECOMMENDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

1     **IT IS ORDERED** that the Motion to Dismiss is GRANTED and Judgment
2  shall be entered dismissing this action without prejudice.

4     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5  the Judgment herein on Petitioner and counsel for Respondents.

7     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9  DATED: January 4, 2011

RONALD S.W. LEW
_____
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

2