1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TOM SMITH, a.k.a,                ) NO. CV 09-05709 RSWL (SS)
     ALLEN CARSON WEATHERS,           )
12                                    )
                     Petitioner,      )
13                                    )        **JUDGMENT**
              v.                      )
14                                    )
     THE STATE OF CALIFORNIA, et al., )
15                                    )
                     Respondents.     )
16   ─────────────────────────────────)

17

18

19        Pursuant to the Court's Order Adopting Findings, Conclusions and

20   Recommendations of United States Magistrate Judge,

21

22        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

23   without prejudice.

24

25   DATED: January 4, 2011

                                       RONALD S.W. LEW
26                                     ─────────────────────────
                                       RONALD S.W. LEW
27                                     UNITED STATES DISTRICT JUDGE

28